1  Deborah Tuck
   1600 E. Vista Way #85
2  Vista, CA 92084
   Ph: 760-840-1806
3

4  **In Pro Se**

```
FILED
DEC 2 2 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            TH        DEPUTY
```

# IN THE UNITED STATED DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEBORAH  TUCK,** | ) CASE NO. 15-cv-2042 CAB RBB |
| Plaintiff, | ) **VOLUNTARY DISMISSAL** |
| vs. | ) **WITH PREJUDICE** |
| **AMERICAN CAPITOL ENTERPRISES** | ) |
| Defendants, | ) |

## <u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Comes now, DEBORAH TUCK, Plaintiff in the above-entitled case appearing before the honorable court In Pro Se, freely and voluntarily dismisses the above-entitled action filed against the defendant's AMERICAN CAPITOL ENTERPRISES ("ACE") , and does 1-25, with prejudice.

The Defendant ACE has reached a mutual settlement agreement with me the Plaintiff, DEBORAH TUCK and I hereby request that this case should be closed forthwith. This request for Voluntary Dismissal with Prejudice is to include the Request for Clerk's Default filed November 30, 2015.

Respectfully submitted,

Dated This 20th day of December 2015

DEBORAH TUCK, *PLAINTIFF IN PRO SE*

---

REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE                    PAGE 1

*Court Copy*

**Deborah Tuck v. American Capitol Enterprises.,**

**United States District Court Case No. 15-cv-2042-CAB (RBB)**

## CERTIFICATE OF SERVICE

I, Roy Tuck, hereby certify that I caused to be served upon the Defendant a copy of the following document(s):

**\* VOLUNTARY DISMISSAL WITH PREJUDICE**

Via U.S. mail, first class, addressed to Defendant's attorney of record's last

reported address as follows:

John Marshall, Esq.

D. Scott Carruthers, APLC

8448 Katella Avenue

Stanton, California 90680

(714) 761-3976

*jmarshall@dsclaw.com*

Executed on this 20th day of December 2015, in San Diego county, U.S.A.

Roy Tuck

**REQUEST FOR ENTRY OF DEFAULT**                                               **PAGE 2**